| | | |
|---|---|---|
| **PETER CONTE** | * | IN THE UNITED STATES |
| 507 Reserve Champion Drive | | |
| Rockville, Maryland 20850 | * | DISTRICT COURT FOR |
| | | |
| Plaintiff, | * | THE DISTRICT OF MARYLAND |
| | | |
| v. | * | |
| | | CASE NO. _____ |
| **DEPARTMENT OF THE NAVY** | * | |
| Office of the Judge Advocate General | | |
| Tort Claims Unit Norfolk | * | JURY TRIAL DEMANDED |
| 9620 Maryland Avenue, Suite 205 | | |
| Norfolk, VA 23511-2949 | * | |

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Peter Conte (hereinafter "Plaintiff"), by and through his attorneys, Lauren M. Geisser, Scarlett M. Corso and Gilman & Bedigian, LLC sues the Department of the Navy (hereinafter "Defendant") and states as follows:

1.      That Plaintiff is a resident of Montgomery County, Maryland.

2.      That Defendant is a business domiciled in the State of Virginia that regularly does business in the State of Maryland.

3.      That on or about June 30, 2015, at approximately 10:00 a.m., Plaintiff was lawfully and carefully operating his motorcycle northbound on Greenbury Point Road at or near its intersection with Providence Road, which is in Anne Arundel County, Maryland.

4.      That at approximately the same time and place a vehicle owned by the Defendant and operated with permission by the Defendant's agent/servant/employee, Maria Isabel Sarant, was attempting to exit the rear parking lot of the NEX/Commissary from Providence Road and was attempting to turn south onto Greenbury Point Road. Defendant failed to yield the right of way to Plaintiff and entered the path of Plaintiff's vehicle, causing Plaintiff to forcefully collide

with the front and driver's side of Defendant's vehicle.

## COUNT I
Negligence

5.      Plaintiff adopt by reference the allegations contained in paragraphs 1 through 4 and all other counts of this Complaint with the same effect as if herein fully set forth.

6.      That Maria Isabel Sarant was operating the Defendant's vehicle, as an agent/servant/employee of the Defendant in a negligent and careless manner by failing to exercise care and caution for the safety of others on a public highway; failing to maintain a proper lookout; failing to exercise care and caution to avoid a collision, failing to maintain proper control over her vehicle, violating the Maryland Transportation Code and was otherwise negligent in causing this collision.

7       That as a proximate result of the negligence of the Defendant, Plaintiff was caused to be seriously, painfully, and permanently injured about the head, back, neck, shoulders, arms, legs, feet, spine, body, and limbs, to undergo hospital treatment and medical care; to incur medical expenses; and to lose time and wages from his employment and from his other daily pursuits.

8.      That as a proximate result of the Defendant's negligence, the Plaintiff will in the future undergo medical care and treatment; to incur medical expenses; and to lose time from his employment and from his other daily pursuits.

9.      That as a proximate result of the negligence of the Defendant, Plaintiff was caused to suffer substantial property damage to his vehicle, vehicle rental, automobile storage fees, automobile towing costs and other damage to personal property, direct and consequential.

10.     The Plaintiff further states that all of his injuries, damages, and losses complained

of were caused directly by the negligence of the Defendant, without any negligence on the part of the Plaintiff contributing thereto.

WHEREFORE, this suit is brought and the Plaintiff, Peter Conte, demands judgment against Defendant for the amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

## COUNT II
### Negligent Entrustment

11.    Plaintiff adopts by reference the allegations contained in paragraphs 1 through 10 and all other counts of this Complaint with the same effect as if herein fully set forth.

12.    Defendant owned and supplied the vehicle to Maria Isabel Sarant.

13.    Defendant knew, or should have known, that Maria Isabel Sarant had a propensity to operate vehicles in a negligent and unsafe manner, which likely cause physical would damage to others.

14.    That as a proximate result of the negligence of the Defendant, Plaintiff was caused to be seriously, painfully, and permanently injured about the head, back, neck, shoulders, arms, legs, feet, spine, body, and limbs, to undergo hospital treatment and medical care; to incur medical expenses; and to lose time and wages from his employment and from his other daily pursuits.

15.    That as a proximate result of the Defendant's negligence, the Plaintiff will in the future undergo medical care and treatment; to incur medical expenses; and to lose time from his employment and from his other daily pursuits.

16.     That as a proximate result of the negligence of the Defendant, Plaintiff was caused to suffer substantial property damage to his vehicle, vehicle rental, automobile storage fees, automobile towing costs and other damage to personal property, direct and consequential.

17.     The Plaintiff further states that all of his injuries, damages, and losses complained of were caused directly by the negligence of the Defendant, without any negligence on the part of the Plaintiff contributing thereto.

WHEREFORE, this suit is brought and the Plaintiff, Peter Conte, demands judgment against Defendant for the amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

### COUNT III
Respondent Superior

18.     Plaintiff adopts by reference the allegations contained in paragraphs 1 through 17, and all other counts of this Complaint with the same effect as if herein fully set forth.

19.     At all times relevant hereto Maria Isabel Sarant was acting in the scope of his employment for Defendant.

20.     As a result Defendant is responsible for the negligent acts of Maria Isabel Sarant.

WHEREFORE, this suit is brought and the Plaintiff, Peter Conte, demands judgment against Defendant for the amount in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, plus interest and costs.

GILMAN & BEDIGIAN, L.L.C.

Scarlett M. Corso #30017
GILMAN & BEDIGIAN, LLC
108 West Timonium Road, Suite 203

Timonium, MD 21093
(410) 560-4999 (phone)
(410) 308-3116 (fax)
scorso@gblegalteam.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury on all issues herein.

Scarlett M. Corso