| | |
|---|---|
| PETER CONTE<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE NAVY<br><br>Defendants. | IN THE UNITED STATES<br><br>DISTRICT COURT FOR THE<br><br>DISTRICT OF MARYLAND<br><br>CASE NO.: 1:16-CV-04118-ELH |

## AFFIDAVIT OF SERVICE

I, Cristina Watson, certify the following:

1. That I am a competent, private person over eighteen (18) years of age and not a party to the above action, nor do I have any interest in the outcome of the above action.

2. That on the 5th day of January, 2017, the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents were mailed via certified mail, return receipt requested, to: Defendant United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

3. That the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents, were received by the same Defendant on January 13, 2017, as evidenced by the date stamp and signature on the original return receipt which is attached hereto and prayed to be made a part hereof.

4. I solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

_1-24-17_
Date

_Cristina Watson_
Cristina Watson
108 West Timonium Road, Suite 203
Timonium, Maryland 21093

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC 20530

9590 9402 2293 6225 2211 38

2. Article Number (Transfer from service label)

7016 2070 0000 5057 2437

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

English　　　Customer Service　　USPS Mobile　　　　　　　　　　　　　　　　Register / Sign In

**USPS.COM®**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›


**Get Easy Tracking Updates ›**
Sign up for My USPS.

---

**Tracking Number: 70162070000050572437**

**Updated Delivery Day: Friday, January 13, 2017**

## Product & Tracking Information

**Postal Product:**　　　　　　　**Features:**
　　　　　　　　　　　　　　　　Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 13, 2017, 5:14 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:14 am on January 13, 2017 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| January 12, 2017, 12:56 pm | Available for Pickup | WASHINGTON, DC 20530 |
| January 12, 2017, 12:15 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| January 7, 2017, 10:31 pm | In Transit to Destination | |
| January 6, 2017, 10:31 pm | Arrived at USPS Facility | BALTIMORE, MD 21233 |

## Available Actions

Text Updates

Email Updates

---

## Track Another Package

**Tracking (or receipt) number**

[　　　　　　　　　　　　　] **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.

Case 1:16-cv-04118-ELH   Document 5   Filed 01/24/17   Page 4 of 5



# GILMAN & BEDIGIAN, LLC
## ———————Trial Attorneys

gblegalteam.com

**SCARLETT M. CORSO**
scorso@gblegalteam.com

108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999 Phone
(410) 308-3116 Fax

January 5, 2017

**SENT CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Article No.: 7016 2070 0000 5057 2437**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

   RE: *Peter Conte v. Department of the Navy, et al.,* Service Documents
      Case No.: 1:16-CV-4118

Dear Sir or Madame:

  You are hereby served with the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents in regards to the above referenced case for service.

  If you would like to discuss this matter, please do not hesitate to contact me. Thank you for your cooperation.

            Sincerely,

            *Cristina Watson*

            Cristina Watson
            Paralegal for Scarlett M. Corso

Enclosures