| | |
|---|---|
| **PETER CONTE**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF THE NAVY**<br><br>Defendants. | **IN THE UNITED STATES**<br><br>**DISTRICT COURT FOR THE**<br><br>**DISTRICT OF MARYLAND**<br><br>**CASE NO.: 1:16-CV-04118-ELH** |

## AFFIDAVIT OF SERVICE

I, Cristina Watson, certify the following:

1. That I am a competent, private person over eighteen (18) years of age and not a party to the above action, nor do I have any interest in the outcome of the above action.

2. That on the 5th day of January, 2017, the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents were mailed via certified mail, return receipt requested, to: Defendant Department of the Navy, Office of the Judge Advocate General, Tort Claims Unit Norfolk, 9620 Maryland Avenue, Suite 205, Norfolk, Virginia 23511.

3. That the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents, were received by the same Defendant on January 11, 2017, as evidenced by the date stamp and signature on the original return receipt which is attached hereto and prayed to be made a part hereof.

4. I solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

_1·24·17_
Date

_Cristina Watson_
Cristina Watson
108 West Timonium Road, Suite 203
Timonium, Maryland 21093

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ✗ *Sharm Oldham* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Sharm Oldham*   C. Date of Delivery 1/11/17 |
| 1. Article Addressed to:<br>Department of the Navy<br>Office of the Judge Advocate General<br>Tort Claims Unit Norfolk<br>9620 Maryland Ave, Ste 205<br>Norfolk, VA 23511 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2293 6225 2211 21 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...d Mail<br>☐ ...d Mail Restricted Delivery (500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 2070 0000 5057 2420 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

English   Customer Service   USPS Mobile   Register / Sign In


**USPS.COM®**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70162070000050572420

Updated Delivery Day: **Wednesday, January 11, 2017**

## Product & Tracking Information

**Postal Product:**                **Features:**
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| January 11, 2017, 12:27 pm | Delivered | NORFOLK, VA 23511 |

Your item was delivered at 12:27 pm on January 11, 2017 in NORFOLK, VA 23511.

| | | |
| --- | --- | --- |
| January 11, 2017, 9:30 am | Available for Pickup | NORFOLK, VA 23511 |
| January 11, 2017, 8:47 am | Arrived at Unit | NORFOLK, VA 23511 |
| January 11, 2017, 6:02 am | Departed USPS Facility | NORFOLK, VA 23501 |
| January 11, 2017, 3:48 am | Arrived at USPS Facility | NORFOLK, VA 23501 |
| January 10, 2017, 8:03 pm | In Transit to Destination | |
| January 9, 2017, 8:03 pm | Arrived at USPS Facility | BALTIMORE, MD 21233 |
| January 8, 2017, 11:32 pm | In Transit to Destination | |
| January 8, 2017, 5:30 am | Departed USPS Facility | LINTHICUM HEIGHTS, MD 21090 |
| January 7, 2017, 11:32 am | Arrived at USPS Facility | LINTHICUM HEIGHTS, MD 21090 |

## Available Actions

Text Updates

Email Updates

### Track Another Package
Tracking (or receipt) number

[                                    ]   Track It

### Manage Incoming Packages
Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2017 USPS. All Rights Reserved.



# GILMAN & BEDIGIAN, LLC
## ———————Trial Attorneys

gblegalteam.com

SCARLETT M. CORSO
scorso@gblegalteam.com

108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999 Phone
(410) 308-3116 Fax

January 5, 2017

**SENT CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**Article No.: 7016 2070 0000 5057 2420**
Department of the Navy
Office of the Judge Advocate General
Tort Claims Unit Norfolk
9620 Maryland Avenue, Suite 205
Norfolk, VA 23511

      RE:    *Peter Conte v. Department of the Navy, et al.,* Service Documents
              Case No.: 1:16-CV-4118

Dear Sir or Madame:

      You are hereby served with the Writ of Summons, Complaint, Interrogatories, and Request for Production of Documents in regards to the above referenced case for service.

      If you would like to discuss this matter, please do not hesitate to contact me. Thank you for your cooperation.

                                    Sincerely,

                                    *Cristina Watson*

                                    Cristina Watson
                                    Paralegal for Scarlett M. Corso

Enclosures